# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2099

_____

United States of America

*Plaintiff - Appellee*

v.

Quentin Lamare Gentry

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: July 7, 2025
Filed: July 21, 2025
[Unpublished]

_____

Before SMITH, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Quentin Gentry appeals after the district court denied his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2). The district court's denial of relief does not contain sufficient explanation of its reasoning to allow this court to conduct a meaningful review. See United States v. Burrell, 622 F.3d 961, 964 (8th Cir. 2010) (district court need not give lengthy explanations of the 18 U.S.C. § 3553(a) factors

or categorically rehearse the relevant factors in a § 3582 proceeding, but some statement of the district court's reasoning is necessary for this court to be able to meaningfully review the decision). Therefore, we vacate the denial and remand to the district court for further proceedings.

_____